IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KLINE ENTERPRISES, INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>DOUGLAS SWENSON, an individual; et al,<br><br>   Defendants. | Case No.  1:11-CV-535-BLW<br><br>**ORDER** |

   Based upon the stipulation of the parties, pleadings and evidence of record and good cause appearing therefor before this Court;

   NOW THEREFORE IT IS HEREBY ORDERED that the above-entitled cause is hereby dismissed with prejudice as to Daniel Orr, ONLY

DATED:  **July 20, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 1