IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KLINE ENTERPRISES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS SWENSON, an individual; et al, <br><br> Defendants. | Case No.  1:11-CV-535-BLW <br><br> **ORDER** |

Pursuant to the Motion to Withdraw as Counsel of Record filed by Curtis D. McKenzie of the law firm of McKenzie Law Offices, PLLC ("Counsel"), and Dist. Idaho Loc. Civ. R. 83.6(c),

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to withdraw (docket no. 101) is GRANTED, and that Counsel may withdraw as counsel for Gary Bringhurst.

IT IS FURTHER ORDERED, that Counsel must continue to represent Gary Bringhurst until proof of service of this Order on the Client has been filed with the Court.  Gary Bringhurst will be allowed twenty-one (21) days after the filing of proof of service by Counsel to advise the Court in writing in what manner each client will be represented.

IT IS FURTHER ORDERED, that if Gary Bringhurst fails to appear in the action, either in person or through a newly appointed attorney within such twenty-one (21) day period, such failure will be sufficient grounds for the entry of a default against Gary Bringhurst with

**Order - 1**

prejudice and without further notice.

IT IS FURTHER ORDERED, that Counsel shall forthwith and with due diligence serve this Order on all other parties to this action. Upon entry of the order and the filing of proof of service on Gary Bringhurst, no further proceedings can be had in the action which will affect the right of the party represented by the withdrawing attorney for a period of twenty-one (21) days.

DATED: **March 13, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 2